IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN IVEY,

    *Plaintiff*,

v.                                                            Case No.: 4:25cv473-MW/MAF

MARK GLASS and
FLORIDA DEPARTMENT OF
LAW ENFORCEMENT,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12, and has also reviewed *de novo* Plaintiff's objections, ECF No. 14. As noted in the report and recommendation, Plaintiff has failed to allege any facts at all pertaining to Defendant Glass, and thus, he has failed to state a claim for relief against Defendant Glass. Plaintiff's objections are nonresponsive to this point. With respect to the recommendation that Plaintiff's claim against the Florida Department of Law Enforcement should be dismissed as barred by the Eleventh Amendment, Plaintiff makes no sensible argument to persuade this Court otherwise. In short, having reviewed Plaintiff's objections *de novo*, this Court is persuaded that the Magistrate Judge's recommendation is correct and should be adopted.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 12, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 10, is **DISMISSED for failure to state a claim upon which relief may be granted** pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall close the file.

**SO ORDERED on January 27, 2026.**

                                                  s/Mark E. Walker             
                                                **United States District Judge**